IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHAD ALAN CAPPIELLO, #2262766 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19cv264 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Report recommends dismissal because Petitioner failed to notify the Court of his address. An acknowledgment of receipt of the Report from the Jasper County Jail (Dkt. #26) was filed on February 27, 2020, notifying the Court that Petitioner was released from that facility on February 3, 2020. More than thirty days have passed since Petitioner was released, and he has not notified the Court of his new address. Accordingly, no objections having been filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for writ of habeas corpus is **DISMISSED** without prejudice for failure to prosecute. All motions not previously ruled on are **DENIED**.

**SIGNED this 11th day of March, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE